STATE v. LOCKLEAR

No. 114PA83.

Case below: 60 N.C. App. 524.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 31 May 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 31 May 1983.

STATE v. MORROW

No. 188P83.

Case below: 61 N.C. App. 162.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 May 1983.

STATE v. OGBURN

No. 127P83.

Case below: 60 N.C. App. 598.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983.

STATE v. PARTOZES

No. 238P83.

Case below: 61 N.C. App. 752.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983. Notice of appeal dismissed 31 May 1983.

STATE v. ROGERS

No. 217P83.

Case below: 61 N.C. App. 349.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 May 1983.